# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY GAYLE, AIS 255812, | : | |
| Plaintiff, | : | |
| vs. | : | CA 12-0740-WS-C |
| CHARLES E. DAUGHTRY, | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 31, 2013, is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of August, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**