IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY GAYLE, AIS 255812, | : | |
| Plaintiff, | : | |
| vs. | : | CA 12-0740-WS-C |
| CHARLES E. DAUGHTRY, | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion for summary judgment filed by defendant Charles Daughtry (Doc. 17; *see also* Doc. 18 (treating Special Report as motion for summary judgment)) be **GRANTED IN ITS ENTIRETY**. All claims asserted by Gayle against Daughtry are hereby **DISMISSED WITH PREJUDICE**.

**DONE** this 8th day of August, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**